# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Andrew J. Ittenbach | ) | Case No. |
| | ) | |
| | ) | **5:14 - mj - 2365** |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**

NOV 0 6 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 4, 2014___ in the county of ___Nash___ in the
___Eastern___ District of ___North Carolina___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922 (g)(1) | It is unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition which has been shipped or transported in interstate or foreign commerce |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Craig W. Noyes, Special Agent FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **6 Nov. 2014**

_____
*Judge's signature*

City and state: ___Raleigh, NC___

James E. Gates, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

Your affiant, **Special Agent Craig W. Noyes**, of the Federal Bureau of Investigation (FBI), Raleigh Resident Agency, having been duly sworn, state the following:

1.     I am a duly appointed Special Agent (SA) of the FBI and have been employed as such for the past seven (7) years. Your affiant is currently assigned to the Charlotte Division, Raleigh Resident Agency, Raleigh, North Carolina, to investigate violations of federal law. Your affiant is primarily assigned to investigate matters involving domestic terrorism, including those laws relating to the federal firearms violations below. Your affiant has conducted investigations which have resulted in the arrest and conviction of several individuals for violations related to the unlawful possession of firearms. Furthermore, your affiant has conducted, as well as assisted other law enforcement officers, with physical surveillance, search warrants, and arrests of persons involved in weapons violations in relation to potential and actual acts of domestic terrorism. Between 2002-2007, prior to joining the FBI as a special agent, your affiant practiced law in the State of North Carolina as a licensed attorney.

Case 5:14-cr-00268-FL    Document 1    Filed 11/06/14    Page 2 of 9

2.      The information contained in this affidavit is based on my knowledge of the facts and evidence obtained during the FBI's investigation of ITTENBACH and comes from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. Since this affidavit is being submitted for the purpose of establishing probable cause for the issuance of an arrest warrant, I have not included each and every fact known to me concerning this investigation, and have set forth only those facts I believes are necessary for said purpose.

## CRIMINAL OFFENSE

3. This affidavit is submitted in support of a criminal complaint charging ANDREW J. ITTENBACH (hereinafter "ITTENBACH") with being a prohibited person (convicted felon) in possession of a firearm in violation of violating 18 U.S.C. § 922(g)(1).

## INVESTIGATION

4.      ITTENBACH is a convicted felon. In 1992, ITTENBACH was convicted in the Washington County Superior Court for breaking or entering a motor vehicle in violation of NC Gen. Stat. § 14-56 and received a confinement of two (2) years. In 1996, ITTENBACH was convicted in the Pitt County Superior Court for

Case 5:14-cr-00268-FL   Document 1   Filed 11/06/14   Page 3 of 9

indecent liberties with a minor in violation of NC Gen. Stat. §14-202.1 and received a confinement of 19 to 23 months. In 2000, ITTENBACH was convicted of failing to register as a sex offender in violation of NC Gen. Stat. § 14-208.7(a) and, although he received three (3) years probation, he was subject to a possible 13 to 16 months confinement. ITTENBACH also has a misdemeanor conviction for carrying a concealed weapon in 1998.

5.     On November 4, 2014, Troopers from the North Carolina State Highway Patrol (NCSHP) were provided information from an FBI confidential informant (CI) with a history of providing verified accurate information over the past eight (8) months. The CI had disclosed that ITTENBACH would be travelling as a passenger in a Mercury Grand Marquis headed westbound on Highway 64, at a specific time, and that he was likely in possession of an assault style rifle despite being a prohibited felon. Specifically, ITTENBACH had informed the CI that he was traveling to Washington, DC, and was bringing "Sura," which is the name ITTENBACH had used in the past when referring to a rifle he claimed to own.

6.  In line with the information provided by the CI, on November 4, 2014, at approximately 5:00pm, NCSHP Troopers observed a 1994 Mercury Grand Marquis, NC license plate ZPN-

Case 5:14-cr-00268-FL     Document 1     Filed 11/06/14     Page 4 of 9

6462 near the intersection of Highway 64W and I-95, just west of Rocky Mount, North Carolina. The Troopers conducted a traffic stop based on not only the CI's information, but the NCSHP Troopers' observations that the vehicle was travelling too closely to the vehicle in front in it in violation of N.C. Gen. Stat. § 20-152(a).

7. Upon receiving identification from the driver, the NCSHP Troopers determined the vehicle was being driven by its registered owner, RANDY JARRETTE JETT. Based on photographs of ITTENBACH provided to the NCSHP, they additionally determined that ITTENBACH was a passenger in the front passenger seat. Both JETT and ITTENBACH exited the vehicle and were separated. An NCSHP Trooper asked JETT to consent to a weapons frisk, and he agreed. The Trooper then found a pocket knife, a stun gun and a small pipe shaped like a bolt that contained marijuana. A different NCSHP Trooper asked ITTENBACH if he would agree to a weapons frisk, and ITTENBACH told the Trooper he had marijuana on him contained in a pill bottle. Once this marijuana was seized, the NCSHP Trooper conducted a weapons frisk and did not find any weapons. This officer, based on his training and experience, detected the

Case 5:14-cr-00268-FL    Document 1    Filed 11/06/14    Page 5 of 9

odor of marijuana coming from the vehicle.[1] A NCSHP canine, trained in detecting narcotics, was already on scene and was deployed on the vehicle. The canine alerted to the presence of narcotics coming from the vehicle.

8. Based on probable cause that there was marijuana in the vehicle, the Troopers conducted a search of the vehicle. Within approximately 25 minutes, the Troopers observed a black nylon bag, in the shape of a firearms carrying case, in the trunk of the vehicle. The Troopers asked JETT who the bag belonged to, and he stated that it was not his and pointed at ITTENBACH.[2]

9. Based on the Trooper's experience, both the weight of the bag and the shape of the bag indicated that a rifle of some sort was inside of it. Moreover, the Trooper had received information from the CI that ITTENBACH was traveling with a rifle of some sort. Upon opening the black nylon bag, the Troopers discovered a Bushmaster Carbine 15 assault style rifle, serial number CBC018321. A magazine was inserted in the weapon and the safety was off, however, there was no round in the chamber. In addition to the magazine in the firearm,

---

[1] In a later interview, JETT admitted both he and ITTENBACH had been smoking marijuana in the vehicle during their trip from Plymouth, NC to their current location.

[2] In a later interview, JETT stated numerous times that the bag and its contents were not his and that he had not even seen the bag get placed in his vehicle.

there were six (6) additional magazines in the carrying case. Each magazine, including the one inserted in the firearm, was filled with approximately 30 rounds of .223 caliber ammunition manufactured by PMC Ammunition. In total, there were 211 rounds of .223 caliber ammunition in the seven (7) magazines. The Bushmaster Carbine 15 firearm and its ammunition and magazines were seized by the NCSHP.

10.     At that time, ITTENBACH was taken into custody and transported to the Nash County Sheriff's Office. At approximately 7:25pm, ITTENBACH was interviewed by your affiant, FBI TFO Chad Lloyd and U.S. Secret Service Special Agent Craig Korcz. Prior to any questioning, ITTENBACH was provided a _Miranda_ warning and informed of his right to silence and right to an attorney. ITTENBACH decided to speak with law enforcement without an attorney. ITTENBACH subsequently admitted that in September of 2013, he had attempted to purchase an assault style rifle at a gun show in Greenville, NC. At that time, the vendor conducted a criminal records check and denied the purchase based on ITTENBACH's prior felony convictions. ITTENBACH then had a friend purchase for him the Bushmaster Carbine 15 and approximately 1,000 rounds of .223 caliber ammunition from a different vendor at that same gun show.

Page 6 of 8





11. ITTENBACH confirmed that from at least the time he was denied the ability to purchase a firearm at the gun show, he was aware he was prohibited by law to possess a firearm based on his criminal history.

12. ITTENBACH additionally consented to a search of his residence, located at 109 Country Club Dr., Plymouth, NC. Prior to the search being commenced, ITTENBACH stated he had a shotgun located inside a golf bag in his house. On November 4, 2014, your affiant participated in a search of ITTENBACH's residence. During this search, a Mossberg model 88, serial number MV58222C, 12 gauge shotgun was located inside a black golf bag in the living room. Inside the magazine tube of the shotgun there were five (5) Remington .00 buckshot rounds, with none loaded in the chamber. The shotgun and ammunition were seized by the Plymouth Police Department.

13. Based on my training and experience, and in consultation with the Bureau of Alcohol, Tobacco, Firearms and Explosives, I know that the Bushmaster Carbine 15, the .223 caliber ammunition manufactured by PMC Ammunition, the Mossberg model 88, 12 gauge shotgun and the Remington .00 buckshot rounds were manufactured outside the State of North Carolina.

Case 5:14-cr-00268-FL    Document 1    Filed 11/06/14    Page 8 of 9

## CONCLUSION

14. Based on the foregoing, your affiant respectfully asserts that there is probable cause to believe ITTENBACH, as a convicted felon, was a prohibited person unlawfully in possession of a firearm on or about November 4, 2014 - in violation of 18 U.S.C. § 922(g)(1).

_____
Craig W. Noyes
Special Agent, FBI

Subscribed and sworn to before me this the ___6___ Day of
November 2014, at Raleigh, North Carolina.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE